## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### Case No. 0:22-cv-60976-Altman

U.S. STRUCTURAL PLYWOOD
INTEGRITY COALITION, an unincorporated
association, COASTAL PLYWOOD
COMPANY, a North Carolina corporation,
SCOTCH PLYWOOD CO., INC., an Alabama
corporation, VENEER PRODUCTS
ACQUISITIONS, LLC, a Delaware limited
liability company doing business as
SOUTHERN VENEER PRODUCTS,
SOUTHERN VENEER SPECIALTY
PRODUCTS, LLC, a Georgia limited liability
company, HUNT FOREST PRODUCTS,
LLC, a Louisiana limited liability company,
FRERES LUMBER CO., INC., an Oregon
corporation, MURPHY COMPANY, an
Oregon corporation, SDS LUMBER LLC, a
Washington limited liability company, and
SWANSON GROUP, INC., an Oregon
corporation,

      Plaintiffs,

v.

FORESTWOOD INDUSTRIES, INC., a New
York corporation, and AMERICAN
ASSOCIATION FOR LABORATORY
ACCREDITATION, INC., a District of
Columbia non-profit corporation,

      Defendants.

_____/

### PLAINTIFFS' NOTICE OF FILING PLAINTIFFS' EXHIBITS
### AT THE PRELIMINARY INJUNCTION HEARING

Plaintiffs, in compliance with Southern District of Florida Local Rule 5.3, hereby electronically file Plaintiffs' exhibits admitted at the preliminary injunction hearing (ECF Nos. 112, 113, and 114), per the index below:

| Ex. No. | Description |
|---------|-------------|
|         | **STANDARDS** |
| 1.      | Permanent Injunction |
| 2.      | PS 1-09 Structural Plywood Standard |
| 3.      | PS 1-19 Structural Plywood Standard |
| 4.      | International Standard ISO/IEC 17020 |
| 5.      | International Standard ISO/IEC 17025 |
| 6.      | International Standard ISO/IEC 17065 |
| 7.      | APA Panel Design Specification |
| 8.      | Florida Building Code Excerpts |
|         | **TESTING** |
| 9.      | APA Product Advisory |
| 10.     | APA Test Report |
| 11.     | Clemson University Test Report |
| 12.     | Clemson University Appendices |
| 13.     | TPI Surveillance Test – Sudati |
| 14.     | TPI Surveillance Test – Conply |
| 15.     | Blackwater Testing – Test Results |
| 16.     | ESI Plywood Collection Protocol |
| 17.     | ESI Plywood Procurement and Transport Summary |

| Ex. No. | Description |
|---|---|
| | **PLAINTIFF COALITION** |
| 18. | Plywood Plant Video |
| 19. | Freres Lumber PS 1 Stamps |
| 20. | Concrete forming plywood construction photos |
| 21. | Freres APA Mill Specifications |
| 22. | Freres Lumber bending stiffness and strength testing |
| 23. | Forestwood/A2LA email string regarding increased scope of accreditation, June 17-July 28, 2021 |
| 24. | Forestwood request for expansion of scope of accreditation – product certification |
| 25. | Forestwood Product Certification Scheme for Structural Plywood |
| 26. | Forestwood request for expansion of scope of accreditation – inspection body |
| 27. | Benchmark demand letter to Forestwood dated June 18, 2021 |
| 28. | Forestwood Certification Body Accreditation, revised July 28, 2021 |
| 29. | Forestwood Inspection Body Accreditation, Revised July 28, 2021 |
| 30. | Reserved |
| 31. | Reserved |
| | **FII-101 RIO CLARO** |

| Ex. No. | Description |
|---------|-------------|
| 32. | Application for Structural Plywood Product Certification dated August 3, 2021 |
| 33. | Transfer of Product Certification Checklist dated August 4, 2021 |
| 34. | Forestwood Mill Certificate dated August 16, 2021 |
| 35. | TPI Mill Certificate dated August 12, 2015 |
| 36. | Forestwood List of Approved Products dated September 14, 2021 |
| 37. | TPI Qualification Test Report: 3/8 Group 1 (3ply 3layer BC) dated February 22, 2017 re-test dated February 20, 2020 |
| 38. | TPI Periodic Test Report: 3/8 24/0 Sheathing (3ply 3layer CD) dated March 18, 2021 |
| 39. | TPI Qualification Test Report: 15/32 Group (5ply 5layer BC) dated October 6, 2017 |
| 40. | TECO Periodic Test Report: 19/32 Group (5ply 5layer BC) dated August 18, 2010 |
| 41. | TPI Qualification Test Report: 23/32 Group (7ply 7layer) dated October 23, 2020 |
| 42. | TPI Qualification Test Report: 3/8 24/0 Sheathing (3ply 3layer CD) dated February 17, 2017 re-test dated February 19, 2020 |
| 43. | TPI Qualification Test Report: 15/32 32/16 Sheathing (5ply 5layer CD) dated September 31, 2020 |

4

| Ex. No. | Description |
|---|---|
| 44. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated April 5, 2021 |
| 45. | TPI Qualification Test Report: 23/32 48/24 Sheathing (5ply 5layer CD) dated October 9, 2020 |
| 46. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated December 2, 2020 |
| 47. | TPI Span Rated and Group Classification Qualification Report: 1/2 16oc Single Floor and Group (5ply 5layer CpC) dated April 21, 2021 |
| 48. | TPI Qualification Test Report: 23/32 24oc Single Floor (7ply 7layer CpC) dated April 28, 2021 |
| 49. | TPI Qualification Test Report: 5/8 Group (7ply 7layer BC) dated March 3, 2015 |
| 50. | TPI Periodic Test Report: 15/32 Group (5ply 5layer BC) |
| 51. | TPI Span Rated Qualification Test Report: 5/8 40/20 Sheathing/Single (7ply 7layer BC) dated March 31, 2015 |
| | **FII-102 REPINHO** |
| 52. | Application for Structural Plywood Product Certification dated August 6, 2021 |
| 53. | Transfer of Product Certification Checklist dated August 16, 2021 |
| 54. | Forestwood Mill Certificate dated August 16, 2021 |

| **Ex. No.** | **Description** |
|---|---|
| 55. | TPI Mill Certificate dated October 15, 2016 |
| 56. | Forestwood List of Approved Products dated March 7, 2022 |
| 57. | Qualification Test Report: 15/32 32/16 Sheathing (4ply 4layer CD) dated June 10, 2016 |
| 58. | TPI Qualification Test Report: 15/32 32/16 Sheathing (5ply 5layer DD) dated June 3, 2016 |
| 59. | TPI Qualification Test Report: 15/32 32/16 Sheathing (4ply 4layer CD) dated June 20, 2018 |
| 60. | TPI Qualification Test Report: 15/32 Group (4ply 3layer BC) dated March 18, 2016 and April 26, 2018 |
| 61. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated March 26, 2016 and July 18, 2018 |
| 62. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated June 25, 2018 |
| 63. | TPI Qualification Test Report: 19/32 Group (5ply 5layer BC) dated March 18, 2016 to February 2, 2017 |
| 64. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated April 22, 2016 |
| 65. | TPI Qualification Test Report: 23/32 48/24 Sheathing (5ply 5layer CD) dated August 3, 2017 |
| 66. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated June 27, 2018 |

| Ex. No. | Description |
|---|---|
| 67. | TPI Qualification Test Report: 23/32 Group (7ply 7layer BC) deated March 18, 2017 |
| | **FII-103 G-13 MADEIRAS** |
| 68. | Application for Structural Plywood Product Certification dated August 4, 2021 |
| 69. | Transfer of Product Certification Checklist dated August 12, 2021 |
| 70. | Forestwood Mill Certificate dated August 16, 2021 |
| 71. | TPI Mill Certificate dated June 25, 2019 |
| 72. | Forestwood List of Approved Products dated February 18, 2022 |
| 73. | TPI Qualification Test Report: 1/4 Group 2 (3ply 3layer CpC) dated October 15, 2018 re-test dated October 24, 2018 |
| 74. | TPI Qualification Test Report: 3/8 Group 2 (3ply 3layer CpC) dated July 9, 2020 revision dated January 25, 2021 |
| | **FII-105 ITAMARATI** |
| 75. | Application for Structural Plywood Product Certification dated August 5, 2021 |
| 76. | Transfer of Product Certification Checklist dated August 9, 2021 |
| 77. | Forestwood Mill Certificate dated August 16, 2021 |
| 78. | TPI Mill Certificate Dated April 9, 2019 |

| Ex. No. | Description |
|---------|-------------|
| 79. | Forestwood List of Approved Products dated December 15, 2021 |
| 80. | Qualification Test Report: 1/2 32/16 Sheathing (5ply 5layer CD) dated April 5, 2016 |
| 81. | Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer DD) dated June 29, 2020 |
| 82. | Qualification Test Report: 23/32 Group (7ply 7layer BC) dated March 18, 2016 |
| 83. | Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated April 13, 2016 |
|   | **FII-106 MADEIREIRA EK** |
| 84. | Application for Structural Plywood Product Certification dated August 3, 2021 |
| 85. | Transfer of Product Certification Checklist dated August 6, 2021 |
| 86. | Forestwood Mill Certificate dated August 16, 2021 |
| 87. | TPI Mill Certificate dated August 11, 2015 |
| 88. | Forestwood List of Approved Products dated September 14, 2021 |
| 89. | TECO Periodic Testing Report: 15/32 32/16 (5ply 5layer CD) dated May 7, 2010 |
| 90. | TPI Qualification Testing Report: 15/32 32/16 Sheathing (5ply 5layer) dated November 9, 2015 |

| Ex. No. | Description |
|---|---|
| 91. | TPI Qualification Testing Report: 23/32 48/24 Sheathing (5ply 5layer) dated October 22, 2015 |
| 92. | TPI Qualification Testing Report: 19/32 Group (5ply 5layer) dated November 9, 2015 |
| 93. | TPI Qualification Testing Report: 23/32 Group (7ply 7layer) dated November 9, 2015 |
| | **FII-107 TABLEROS** |
| 94. | Application for Structural Plywood Product Certification undated |
| 95. | Transfer of Product Certification Checklist dated August 11, 2021 |
| 96. | Forestwood Mill Certificate dated August 16, 2021 |
| 97. | TPI Mill Certificate dated July 16, 2016 |
| 98. | Forestwood List of Approved Products dated September 14, 2021 |
| 99. | TPI Qualification Test Report: 15/32 32/16 Sheathing dated February 6, 2020 |
| 100. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated April 5, 2020 |
| 101. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated May 5, 2021 |
| 102. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated April 6, 2020 |

| Ex. No. | Description |
|---|---|
| 103. | TPI Qualification Test Report: 15/32 Group (5ply 5layer BC) dated March 17, 2016 to March 4, 2018 |
| 104. | TPI Periodic Testing Report: 15/32 Group (5ply 5layer BC) dated August 28, 2016 re-test dated February 20, 2020 |
| 105. | TPI Qualification Test Report: 19/32 Group (5ply 5layer BC) dated August 2, 2016 to December 4, 2018 |
| 106. | TPI Qualification Test Report: 23/32 Group (7ply 7layer BC) dated August 2, 2016 |
| 107. | TPI Periodic Test Report: 23/32 Group (7ply 7layer BC) dated October 1, 2018 re-test dated January 9, 2020 |
| 108. | TPI Qualification Test Report: 19/32 Group (7ply 7layer BB) dated August 2, 2016 and March 19, 2020 |
| 109. | TPI Qualification Test Report: 23/32 Group (7ply 7layer BB) dated August 2, 2016 re-test dated August 29, 2016 |
| 110. | TPI Qualification Test Report: 3/8 24/0 Sheathing (3ply 3layer CD) dated May 25, 2021 |
| | **FII-108 GUARATU** |
| 111. | Application for Structural Plywood Product Certification dated August 6, 2021 |
| 112. | Transfer of Product Certification Checklist dated August 13, 2021 |
| 113. | Forestwood Mill Certificate dated August 16, 2021 |

10

| Ex. No. | Description |
| --- | --- |
| 114. | TPI Mill Certificate dated October 15, 2016 |
| 115. | Forestwood List of Approved Products dated March 7, 2022 |
| 116. | TPI Qualification Test Report: 3/8 24/0 Sheathing (5ply 5layer CD) dated April 27, 2017 |
| | **FII-109 BRASNILE** |
| 117. | Application for Structural Plywood Product Certification dated August 10, 2021 |
| 118. | Transfer of Product Certification Checklist dated August 24, 2021 |
| 119. | Forestwood Mill Certificate dated August 30, 2021 |
| 120. | TPI Mill Certificate dated September 11, 2018 |
| 121. | Forestwood List of Approved Products dated September 14, 2021 |
| 122. | TPI Qualification Progress Report: 1/2 32/16 Sheathing (5ply 5layer CD) dated August 9, 2018 |
| 123. | TPI Qualification Test Report: 1/2 32/16 Sheathing (5ply 5layer CD) dated August 16, 2018 |
| 124. | TPI Qualification Test Report: 3/4 48/24 Sheathing (7ply 7layer CD) dated August 29, 2018 |
| 125. | TPI Qualification Progress Report: 5/8 40/20 Sheathing (5ply 5layer CD) dated August 9, 2018 |
| | **FII-110 VW MADEIRAS** |

| Ex. No. | Description |
|---------|-------------|
| 126. | Application for Structural Plywood Product Certification dated August 4, 2021 |
| 127. | Transfer of Product Certification Checklist dated August 18, 2021 |
| 128. | Forestwood Mill Certificate dated August 30, 2021 |
| 129. | TPI Mill Certificate dated April 16, 2021 |
| 130. | Forestwood List of Approved Products dated September 14, 2021 |
| 131. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated April 1, 2021 |
| 132. | TPI Qualification Test Report: 23/32 Group (7ply 7layer CpD) dated January 12, 2021 |
| | **FII-111 COMPENSADOS FIVEPLY** |
| 133. | Application for Structural Plywood Product Certification dated May 8, 2021 |
| 134. | Transfer of Product Certification Checklist dated August 19, 2021 |
| 135. | Forestwood Mill Certificate dated August 30, 2021 |
| 136. | TPI Mill Certificate dated October 10, 2016 |
| 137. | Forestwood List of Approved Products dated September 14, 2021 |
| 138. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated October 10, 2016 |

| Ex. No. | Description |
|---|---|
| 139. | TPI Qualification Test Report: 15/32 32/16 Sheathing (5ply 5layer CD) dated January 4, 2019 |
| 140. | TPI Qualification Test Report: 23/32 Group (7ply 7layer BC) dated November 26, 2018 |
| | **FII-112 PALMASOLA** |
| 141. | Application for Structural Plywood Product Certification dated August 3, 2021 |
| 142. | Transfer of Product Certification Checklist dated August 26, 2021 |
| 143. | Forestwood Mill Certificate dated September 1, 2021 |
| 144. | TPI Mill Certificate dated August 17, 2020 |
| 145. | Forestwood PS 1-19 Certification Termination Letter from President Charles Zimmerman dated June 2, 2022 |
| 146. | Forestwood List of Approved Products dated September 14, 2021 |
| 147. | TPI Qualification Testing Report: 23/32 Group (9ply 9layer BC) dated March 11, 2018 |
| | **FII-113 SUDATI, IBAITI** |
| 148. | Application for Structural Plywood Product Certification date August 4, 2021 |
| 149. | Transfer of Product Certification Checklist dated August 31, 2021 |
| 150. | Forestwood Mill Certificate dated September 1, 2021 |

| Ex. No. | Description |
| --- | --- |
| 151. | TPI Mill Certificate dated August 11, 2015 |
| 152. | Forestwood List of Approved Products dated February 1, 2022 |
| 153. | TPI Qualification Test Report: 23/32 Group (7ply 7layer BC) dated September 10, 2020 |
| 154. | TPI Qualification Test Report: 19/32 Group (5ply 5layer BC) dated July 15, 2020 |
| 155. | TPI Qualification Test Report: 15/32 Group (5ply 5layer BC) dated September 9, 2020 |
| 156. | TPI Qualification Test Report: 15/32 Group (5ply 5layer BC) dated September 9, 2020 |
| 157. | TPI Qualification Test Report 23/32 24oc Single Floor (7ply 7layer CpD) dated March 29, 2021 |
| 158. | TPI Qualification Test Report: 19/32 20oc Single Floor (5ply 5layer CpD) dated April 2, 2021 |
| 159. | TPI Qualification Test Report 1-1/8 48oc Single Floor (11ply 11layer CpD) dated February 19, 2021 |
| 160. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer DD) dated October 8, 2016 |
| 161. | TECO Qualification Test Report: 23/32 48/24 (7ply 7layer DD) dated September 23, 2004 |
| 162. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer DD) dated October 10, 2016 |

| Ex. No. | Description |
|---|---|
| 163. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer DD) dated March 31, 2021 |
| 164. | TPI Qualification Test Report: 15/32 32/16 Sheathing (5ply 5layer DD) dated October 8, 2016 |
| 165. | TPI Qualification Test Report: 7/16 24/16 Sheathing (4ply 3layer DD) dated May 27, 2021 |
| 166. | TECO Qualification Test Report: 1/2 32/16 (5ply 5layer DD) dated September 15, 2004 |
| 167. | TPI Qualification Test Report: 23/32 48/24 Structural 1 (7ply 7layer DD) dated March 28, 2018 |
| 168. | TPI Qualification Test Report: 15/32 Structural 1 (5ply 5layer DD) approval dated April 9, 2018 |
|  | **FII-114 MIRALUZ** |
| 169. | Application for Structural Plywood Product Certification date August 31, 2021 |
| 170. | Transfer of Product Certification Checklist dated September 1, 2021 |
| 171. | Forestwood Mill Certificate dated September 2, 2021 |
| 172. | Warning Letter from Forestwood's Lab Director Adalberto Marques Bezerra to Miraluz dated April 4, 2022 |
| 173. | Forestwood PS 1-19 Certification Termination Letter from President Charles Zimmerman dated June 8, 2022 |

| Ex.<br>No. | Description |
|---|---|
| 174. | Forestwood List of Approved Products dated September 14, 2021 |
| 175. | TPI Qualification Test Report: 15/32 32/16 Sheathing (5ply 3layer CD) dated March 16, 2021 |
| 176. | TPI Qualification Test Report: 19/32 40/20 Sheathing (6ply 3layer DD) dated February 26, 2020 |
| 177. | TPI Qualification Test Report: 23/32 48/24 Sheathing (6ply 3layer DD) dated March 3, 2020 |
| | **FII-115 REVPLAC** |
| 178. | Application for Structural Plywood Product Certification dated August 16, 2021 |
| 179. | Transfer of Product Certification Checklist dated September 1, 2021 |
| 180. | Forestwood Mill Certificate dated September 3, 2021 |
| 181. | TECO Authorization to Mark dated October 22, 2015 revised January 1, 2021 |
| 182. | TECO Mill Certificate of PS 1 Approval dated October 22, 2015 revised April 9, 2020 |
| 183. | Forestwood List of Approved Products dated March 7, 2022 |
| 184. | TECO Qualification Test Report: 23/32 Grade (BC) dated October 15, 2015 |
| 185. | TECO Qualification Test Report: 19/32 Grade (BC) dated October 14, 2015 |
| 186. | RESERVED |

| Ex. No. | Description |
|---------|-------------|
| | **FII-116 SUDATI, VENTANIA** |
| 187. | Application for Structural Plywood Product Certification date September 3, 2021 |
| 188. | Transfer of Product Certification Checklist dated September 3, 2021 |
| 189. | Forestwood Mill Certificate dated September 9, 2021 |
| 190. | TPI Mill Certificate dated September 8, 2015 |
| 191. | Forestwood List of Approved Products dated September 14, 2021 |
| 192. | TPI Qualification Test Report: 23/32 Group (7ply 7layer BC) dated September 10, 2020 |
| 193. | TPI Qualification Test Report: 3/8 24/0 Sheathing (3ply 3layer DD) dated November 13, 2019 |
| 194. | TPI Qualification Test Report: 23/32 48/24 Sheathing (5ply 5layer DD) dated February 7, 2020 |
| 195. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer DD) dated January 4, 2021 |
| 196. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer DD) dated March 25, 2021 |
| 197. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer DD) dated December 7, 2019 |
| 198. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer DD) dated February 22, 2021 |

| **Ex. No.** | **Description** |
|---|---|
| 199. | TPI Qualification Test Report: 15/32 32/16 Sheathing (5ply 5layer CD) dated May 18, 2021 |
| 200. | TPI Qualification Test Report: 7/16 24/16 Sheathing (3ply 3layer CD) dated May 28, 2021 |
| 201. | TPI Qualification Test Report: 1/2 32/16 Sheathing (5ply 5layer DD) dated November 10, 2020 |
| | **FII-117 LAVRASUL** |
| 202. | Application for Structural Plywood Product Certification date September 16, 2021 |
| 203. | Transfer of Product Certification Checklist dated September 22, 2021 |
| 204. | Forestwood Mill Certificate dated September 27, 2021 |
| 205. | TECO Authorization to Mark dated November 1, 2014 revised January 1, 2021 |
| 206. | TECO Mill Certificate of PS 1 Approval dated November 1, 2014 revised June 17, 2019 |
| 207. | Email from Thales Zugman to Forestwood Requesting Cancellation of the Contract for PS 1-19 Certification Program |
| 208. | Termination Letter from Forestwood President Charles Zimmerman dated May 30, 2022 |
| 209. | Forestwood List of Approved Products dated February 1, 2022 |

| Ex. No. | Description |
|---------|-------------|
| 210. | TECO Qualification Test Report: 1/2 32/16 (DD) dated March 14, 2018; re-test dated July 24, 2018; re-test dated April 22, 2019 |
| 211. | TECO Qualification Test Report: 19/32 40/20 (DD) dated April 26, 2018 |
| 212. | TECO Qualification Test Report: 19/32 40/20 (DD) re-test dated July 24, 2018 |
| 213. | TECO Qualification Test Report: 23/32 48/24 (DD) dated April 26, 2018 |
| 214. | TECO Qualification Test Report: 23/32 48/24 (DD) re-test dated July 24, 2018 |
| 215. | TECO Qualification Test Report: 23/32 Group (BC) dated April 26, 2018; retest dated July 24, 2018 |
| 216. | TECO Qualification Test Report: 5/8 Group (BC) dated April 26, 2018 |
| 217. | TECO Qualification Test Report: 5/8 Group (BC) re-test dated July 24, 2018 |
| | **FII-118 SUDATI, PALMAS** |
| 218. | Application for Structural Plywood Product Certification dated December 2, 2021 |
| 219. | Transfer of Product Certification Checklist dated December 14, 2021 |
| 220. | Forestwood Mill Certificate dated December 15, 2021 |
| 221. | TPI Mill Certificate dated August 11, 2015 |
| 222. | Forestwood List of Approved Products dated September 14, 2021 |

| Ex.<br>No. | Description |
|---|---|
| 223. | TECO Qualification Test Report: 23/32 Group (7ply 7layer BC) dated November 19, 2004 |
| 224. | TECO Qualification Test Report: 23/32 24oc (7ply 7layer CD) dated August 27, 2004 |
| 225. | TECO Qualification Test Report: 1/2 32/16 (5ply 5layer DD) dated July 25, 2003 |
| 226. | TECO Qualification Test Report: 23/32 48/24 (7ply 7layer DD) dated November 17, 2004 |
| 227. | TECO Qualification Test Report: 19/32 40/20 (5ply 5layer DD) dated April 27, 2004 |
| 228. | TPI Quartlerly Test Report: 23/32 24oc Single Floor dated October 21/2015 and March 23, 2020 |
| 229. | TPI Periodict Test Report: 23/32 Group (7ply 7layer BC) dated December 3, 2020 |
| 230. | TPI Periodic Test Report: 23/32 48/24 Sheathing dated April 2, 2021 |
| | **FII-119 GUARARAPES, PALMAS** |
| 231. | Application for Structural Plywood Product Certification dated December 20, 2021 |
| 232. | Transfer of Product Certification Checklist dated December 20, 2021 |
| 233. | Forestwood Mill Certificate dated December 22, 2021 |
| 234. | TECO Authorization to Mark revised January 1, 2021 |

| Ex. No. | Description |
|---|---|
| 235. | Forestwood List of Approved Products dated December 15, 2021 |
| 236. | TECO Qualification Progress Report: 1/2 32/16 (5ply 5layer DD) dated August 4, 2003 |
| 237. | TECO Qualification Test Report: 19/32 40/20 (4ply 4layer DD) dated December 27, 2005 |
| 238. | TECO Qualification Test Report: 23/32 48/24 (5ply 5layer CD) dated May 31, 2005 |
| 239. | TECO Qualification Test Report: 23/32 24oc (7ply 7layer CD) dated March 7, 2002 |
| 240. | TECO Qualification Test Report: 23/32 (7ply 7layer CD) dated February 26, 2001 |
|  | **FII-120 PINUSTAN** |
| 241. | Application for Structural Plywood Product Certification dated December 1, 2021 |
| 242. | Transfer of Product Certification Checklist dated February 8, 2022 |
| 243. | Forestwood Mill Certificate dated February 8, 2022 |
| 244. | TPI Mill Certificate dated April 19, 2018 |
| 245. | Forestwood List of Approved Products dated September 14, 2021 |
| 246. | TPI Qualification Test Report: 19/32 40/20 Sheathing (5ply 5layer CD) dated March 13, 2019 |

| Ex. No. | Description |
|---|---|
| 247. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated March 13, 2019 |
| 248. | TPI Qualification Test Report: 3/4 48/24 Sheathing (7ply 7layer CD) dated March 13, 2019 |
| 249. | TPI Qualification Test Report: 5/8 40/20 Sheathing (5ply 5layer CD) dated March 13, 2019 |
| 250. | TECO Qualification Test Report: 19/32 Group (BC) dated October 1, 2015 |
| 251. | TECO Qualification Test Report: 19/32 Group (BC) dated December 3, 2015 |
| 252. | TECO Qualification Test Report: 23/32 Group (BC) dated October 1, 2015 |
| 253. | TECO Qualification Test Report: 23/32 Group (BC) dated December 3, 2015 |
| | **FII-121 MARINI COMPENSADOS** |
| 254. | Application for Structural Plywood Product Certification date May 25, 2022 |
| 255. | Transfer of Product Certification Checklist dated June 29, 2022 |
| 256. | Forestwood Mill Certificate dated June 30, 2022 |
| 257. | TECO Authorization to Mark revised May 11, 2022 |
| 258. | TECO Mill Certificate of PS 1 Approval dated August 27, 2004 revised July 1, 2020 |
| 259. | Forestood List of Approved Products dated September 14, 2021 |

| Ex. No. | Description |
|---|---|
| 260. | TECO Qualification Test Report: 23/32 24oc (CD Plugged) dated December 17, 2013 |
| 261. | TECO Qualification Test Report: 19/32 Group (BD) dated December 18, 2013 |
| 262. | TECO Qualification Test Report: 23/32 Group (7ply 7layer BD) dated January 20, 2006 |
| 263. | TECO Qualification Test Report: 19/32 40/20 (5ply 5layer CD) dated June 6, 2005) |
| 264. | TECO Qualification Test Report: 1/2 32/16 (5ply 5layer DD) dated October 15, 2004 |
| 265. | TECO Qualification Test Report: 23/32 48/24 (7ply 7layer CD) dated August 27, 2004 |
| | **FII-122 CARLI & CIA** |
| 266. | Application for Structural Plywood Product Certification dated May 22, 2022 |
| 267. | Transfer of Product Certification Checklist dated July 13, 2022 |
| 268. | TECO Authorization to Mark dated January 27, 2021 |
| 269. | Forestwood List of Approved Products dated September 14, 2021 |
| 270. | TECO Qualification Test Report:1/2 32/16 (CD) dated May 15, 2020 |
| | **FII-200 GUARARAPES, SANTA CECILIA** |

| Ex. No. | Description |
|---------|-------------|
| 271. | Application for Structural Plywood Product Certification dated December 20, 2021 |
| 272. | Transfer of Product Certification Checklist dated December 20, 2021 |
| 273. | Forestwood Mill Certificate dated December 22, 2021 |
| 274. | TECO Authorization to Mark revised January 1, 2021 |
| 275. | Forestwood List of Approved Products dated 12/15/2021 |
| 276. | TECO Qualification Test Report: 1/2 32/16 (5ply 5layer DD) dated September 23, 2004 |
| 277. | TECO Qualification Test Report: 19/32 40/20 (5ply 5layer CD) dated June 15, 2005 |
| 278. | TECO Qualification Test Report: 23/32 48/24 (7ply 7layer CD) dated November 2, 2004 |
|  | **FII-201 CONPLY** |
| 279. | Application for Structural Plywood Product Certification dated December 16, 2021 |
| 280. | Transfer of Product Certification Checklist dated January 18, 2022 |
| 281. | Forestwood List of Approved Products dated September 14, 2021 |
| 282. | TPI Periodic Test Report: 1/2 32/16 Sheathing (5ply 5layer DD) dated December 29, 2020 |

| Ex. No. | Description |
|---|---|
| 283. | TPI Qualification Test Report: 23/32 48/24 Sheathing (7ply 7layer CD) dated December 15, 2020 |
| 284. | TPI Periodic Test Report: 3/8 24/0 Sheathing (3ply 3layer DD) dated February 2, 2021 |
| 285. | Forestwood email dated May 18, 2021 |
| 286. | Forestwood email dated May 21, 2021 |
| 287. | Forestwood email dated May 21, 2021 |
| 288. | Forestwood email dated May 24, 2021 |
| 289. | Sudati email dated May 25, 2021 |
| 290. | Forestwood lab email dated May 31, 2021 |
| 291. | Forestwood lab email dated June 24, 2021 |
| 292. | Forestwood proposal dated July 7, 2021 |
| 293. | Forestwood lab email dated July 7, 2021 |
| 294. | Forestwood lab email dated July 12, 2021 (G 13 Madeiras) |
| 295. | Forestwood lab email dated July 12, 2021 (Guaratu) |
| 296. | Forestwood lab email dated July 12, 2021 (Repinho) |
| 297. | Forestwood lab email dated July 14, 2021 |
| 298. | Forestwood lab email dated September 3, 2021 |

| Ex. No. | Description |
|---|---|
| 299. | Forestwood lab email dated September 10, 2021 |
| 300. | Forestwood initial inspection dated September 29, 2021 |
| 301. | Forestwood email dated October 22, 2021 |
| 302. | Forestwood email dated December 6, 2021 |
| 303. | Forestwood email dated December 13, 2021 |
| 304. | Forestwood email dated January 18, 2022 |
| 305. | Forestwood email dated January 19, 2022 |
| 306. | Forestwood email dated January 25, 2022 |
| 307. | Forestwood email dated January 27, 2022 |
| 308. | Forestwood email dated March 1, 2022 |
| 309. | Forestwood email dated March 3, 2022 |
| 310. | Forestwood email dated March 3, 2022 |
| 311. | Forestwood email dated March 10, 2022 |
| 312. | Forestwood email dated March 30, 2022 |
| 313. | Forestwood email dated January 26, 2022 |
| 314. | Forestwood email dated May 11, 2022 |
| 315. | Forestwood email dated June 1, 2022 |

| Ex. No. | Description |
|---|---|
| 316. | Forestwood email dated June 3, 2022 |
| 317. | Forestwood email dated July 20, 2022 |
| 318. | Forestwood email dated August 31, 2022 |
| 319. | Forestwood email dated August 31, 2022 |
| 320. | Sudati email exchange dated September 7, 2022 |
| 321. | Miami-Dade County Advisory Memo dated July 15, 2022 |
| 322. | Forestwood 17065/17020 deficiencies |
| 323. | Forestwood organization chart |
| 324. | Forestwood Independent Contractor Agreement |
| 325. | Forestwood email dated September 27, 2021 |
| 326. | Sudati email dated September 2, 2021 |
| 327. | Forestwood email regarding certification cancellation dated May 30, 2022 (Lavrasul) |
| 328. | Forestwood email regarding certification cancellation dated June 2, 2022 (Palmasola) |
| 329. | Forestwood email regarding certification cancellation dated June 8, 2022 (Miraluz) |
| 330. | September 2, 2021 email exchange regarding Forestwood Lab application to A2LA to expand the scope of laboratory accreditation |

| Ex. No. | Description |
|---------|-------------|
| 331. | Forestwood Lab proposed Quality Manual dated September 13, 2021 |
| 332. | Forestwood Lab Master List of Documents |
| 333. | November 30, 2021 email string regarding A2LA approval of operatory accreditation contingent on additional documents |
| 334. | Forestwood Laboratorio certificate as A2LA accredited laboratory dated November 30, 2021 (revised November 30, 2021) |
| 335. | Forestwood Laboratorio certificate as A2LA accredited laboratory dated November 30, 2021 (revised March 29, 2022) |
| 336. | Forestwood Lab email dated August 11, 2022 and re-qualification test |
| 337. | Forestwood Lab email dated January 10, 2022 |
| 338. | Forestwood Lab email exchange dated September 13, 2022 |
| 339. | A2LA letter dated August 18, 2022 |
| 340. | Forestwood email dated August 23, 2022 |
| 341. | Gary Poserina resume |
| 342. | Richard Zimmerman resume |
| 343. | Forestwood Laboratorio email dated September 13, 2022 |
| 344. | Forestwood Laboratorio email dated May 31, 2021 |

| Ex. No. | Description |
|---|---|
| 345. | Benchmark demand letter dated July 26, 2021 and exhibits |
| 346. | A2LA email exchange dated July 1-7, 2021 |
| 347. | Reserved |
| 348. | Reserved |
| 349. | Reserved |
| 350. | Reserved |
| 351. | Reserved |
| 352. | Reserved |
| 353. | Reserved |
| 354. | Reserved |
| 355. | Reserved |
| 356. | Reserved |
| 357. | Reserved |
| 358. | TPI email dated July 12, 2018 (new oversight procedures) |
| 359. | TPI procedures for interim approval |
| 360. | TPI email dated March 20, 2013 (new procedure for certifying new clients) |
| 361. | TPI notice regarding equivalency of TPI panels |
| 362. | TPI email dated March 13, 2019 |
| 363. | TPI email dated April 4, 2017 |
| 364. | TPI email dated April 27, 2016 |
| 365. | TPI email dated August 15, 2019 |

| Ex. No. | Description |
|---------|-------------|
| 366. | TPI email dated January 24, 2020 |
| 367. | TPI's 22 periodic testing reports performed between August 2018 and the end of 2019 involving 12 TPI Brazilian clients |
| 368. | PFS-TECO response to APA product advisory |
| 369. | PFS-TECO equivalency letter |
| 370. | PFS-TECO Tech Tip regarding building code requirements |
| 371. | PFS-TECO email dated June 28, 2018 (no data of ongoing surveillance testing) |
| 372. | PFS-TECO email dated July 11, 2018 |
| 373. | PFS-TECO email dated May 2, 2018 |
| 374. | PFS-TECO email dated July 17, 2015 |
| 375. | PFS-TECO email dated March 8, 2013 |
| 376. | PFS-TECO email dated September 25, 2018 |
| 377. | Reserved |
| 378. | Reserved |
| 379. | Reserved |
| 380. | Reserved |
| 381. | Reserved |
| 382. | Excerpts from October 7, 2020 preliminary injunction hearing transcript in Structural Plywood I |

| Ex. No. | Description |
|---------|-------------|
| 383. | Excerpts from transcript of Borjen Yeh deposition authenticating APA test results |
| 384. | Declaration of Lancelot Reres authenticating Clemson test results |
| 385. | Excerpts from Michael Caldwell deposition authenticating Blackwater Technical Services test results |
| 386. | TPI Qualification Test dated April 5, 2016 |
| 387. | APA Summary of proposed amendments to PS 1 Standard |
| 388. | Detailed summary of Forestwood mill data and deficiencies |
| 389. | Summary of Forestwood PS 1 Certification Data |
| 390. | Summary of test results |
| 391. | Photographs showing difference in growth ring size between Southern Yellow Pine grown in the U.S. and Brazil |
| 392. | Comparison of EI values for ½ inch, group rated plywood according to the PS 1-19 standard. |
| 393. | Reserved |

*[remainder of page intentionally left blank]*

DATED:  December 21, 2022.

Respectfully Submitted,

**HAGLUND KELLEY LLP**
*Attorneys for Plaintiffs*
2177 SW Broadway
Portland, OR 97201
Telephone:  (503) 225-0777
Facsimile:  (503) 225-1257

By:*s/Michael E. Haglund*
**MICHAEL E. HAGLUND, ESQ.**
Oregon Bar No. 772030
 *(Admitted Pro Hac Vice)*
Mhaglund@hk-law.com
**ERIC BRICKENSTEIN, ESQ.**
Oregon Bar No. 142852
Email: ebrickenstein@hk-law.com
*(Admitted Pro Hac Vice)*
**CHRISTOPHER T. GRIFFITH, ESQ.**
Oregon Bar No. 154664
Email: cgriffith@hk-law.com
*(Admitted Pro Hac Vice)*

**NICKLAUS & ASSOCIATES, P.A.**
*Attorneys for Plaintiffs*
4651 Ponce de Leon Boulevard, Suite 200
Coral Gables, Florida 33146
Telephone:  (305)460-9888
Facsimile:   (305)460-9889

By: *s/ Edward R. Nicklaus*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.:  138399
edwardn@nicklauslaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 21, 2022, I electronically mailed the foregoing to

the following:

Peter R. Goldman
Florida Bar No. 860565
Nina C. Welch
Florida Bar No. 118900
Danna Khawam
Florida Bar No. 1025114
NELSON MULLINS
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL 33394
Peter.Goldman@nelsonmullins.com
Nina.Welch@nelsonmullins.com
Herold.Labissiere@nelsonmullins.com
Danna.Khawam@nelsonmullins.com

*Attorneys for American Association for*
*Laboratory Accreditation, Inc.*

Michael Stanton
KOSAKOFF & CATALDO LLP
175 Pinelawn Road
Melville, NY 11747
(631) 650-1203
mstanton@kcllp.net

Eric J. Horbey
SCHOENECK & KING, PLLC
Florida Bar No. 95999
515 North Flagler Drive, Suite 400
West Palm Beach, FL 33401
Telephone: (561) 899-0225
Fax: (561) 899-0125
ehorbey@bsk.com

*Attorneys for Forestwood Industries, Inc.*

HAGLUND KELLEY LLP
*Attorneys for Plaintiffs*
2177 SW Broadway
Portland, OR 97201
(503) 225-0777 (T)
(503) 225-1257) F)

By *s./Michael E. Haglund*
**MICHAEL E. HAGLUND**, OSB No. 772030
mhaglund@hk-law.com, *admitted pro hac vice*
**ERIC J. BRICKENSTEIN**, OSB No. 142852
ebrickenstein@hk-law.com, *admitted pro hac vice*
**CHRISTOPHER T. GRIFFITH**, OSB No. 154664
cgriffith@hk-law.com, *admitted pro hac vice*

**NICKLAUS & ASSOCIATES, P.A.**
4651 Ponce de Leon Boulevard, Suite 200
Coral Gables, Florida 33146
Telephone:  (305)460-9888
Facsimile:   (305)460-9889

By: *s/ Edward R. Nicklaus*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.:  138399
edwardn@nicklauslaw.com

*Attorneys for Plaintiffs*

34