# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 0:22-cv-60976-RNS

| | |
|---|---|
| U.S. STRUCTURAL PLYWOOD INTEGRITY COALITION, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| FORESTWOOD INDUSTRIES, INC., and ASSOCIATION FOR LABORATORY ACCREDITATION INC. | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

**DECLARATION OF MICHAEL E. HAGLUND**
**IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR TEMPORARY RESTRAINING ORDER**

1

I, Michael E. Haglund, being sworn, say:

1. I am lead counsel for the plaintiff coalition in this action and make this declaration based upon my own personal knowledge.

2. On January 2, 2023, my partner Christopher T. Griffith checked the website maintained by the American Association for Laboratory Accreditation Inc. ("A2LA") to see whether the accreditation status of Forestwood Industries, Inc. ("Forestwood") had changed since December 31, 2022, a deadline set by A2LA for Forestwood to resolve multiple ongoing deficiencies regarding its accreditation by A2LA as a PS 1 certification and inspection body. During the course of the preliminary injunction hearing in this case on December 12-13, 2022, both A2LA vice president of accreditation Trace McInturff and its counsel represented that Forestwood's failure to cure those deficiencies by the December 31, 2022 deadline would result in its immediate suspension as an A2LA accreditee. Mr. Griffith's examination of the A2LA website on January 2, 2023 revealed that Forestwood had been removed.

3. In light of this development, I called A2LA lead counsel Peter Goldman early the next day, January 3, 2023, to verify that Forestwood was no longer accredited by A2LA as a PS 1 certification or inspection body. During the course of that telephone discussion, which Mr. Goldman insisted be treated as a Rule 408 communication, but which did not include settlement communications, I was able to confirm that Forestwood was no longer accredited.

4. Shortly following the communication with counsel for A2LA, I forwarded the email attached as Exhibit A to Forestwood's lead counsel Mike Stanton, which contained the following message:

> Mike,
>
> The Plaintiff Coalition learned yesterday that Forestwood Industries, Inc. is no longer accredited by A2LA as a PS-1 inspection or certification body. Mr. Goldman confirmed that fact this morning. We intend to apprise the Court of this significant development. Please confirm that the Brazilian mills certified by Forestwood are no longer stamping structural plywood with PS 1 stamps licensed by Forestwood. Please also confirm that Forestwood has retrieved the PS 1 stamps issued to its Brazilian licensees and/or ensured their destruction. If you fail to respond within 24 hours, the Plaintiff Coalition will move for a temporary restraining order from the Court.
>
> Best regards, Mike

5. On the morning of January 4, 2023, Mr. Stanton responded to my email and I responded to that email the same day. The entire email string of that correspondence including a further response for Mr. Stanton on January 4, 2023 is attached as Exhibit B.

6. The major concern of the plaintiff coalition regarding the developments described above is that Forestwood and A2LA are now in the process of trying to cure the Forestwood reaccreditation deficiencies in the next 12 days in order to be in a position to contend that the preliminary injunction motion is moot because Forestwood is fully qualified as a PS 1 certification and inspection body because it has both cured the deficiencies that led to its suspension and entered into a contract with its affiliated Brazilian laboratory, which on December 29, 2022 was issued a revised testing laboratory accreditation from A2LA that now includes all of the required PS 1 qualification tests. A copy of that certificate of accreditation issued just one week ago is attached as Exhibit C.

7. Mr. Griffith has also examined the websites for a number of Forestwood's Brazilian PS 1 licensees which either post or reference their certification as authorized PS 1 structural plywood producers by Forestwood on their own websites. Attached as Exhibits D, E, F, G and H are examples of Brazilian licensees of Forestwood continuing to represent to the public that these

companies are authorized to stamp structural plywood as PS 1, based upon a review of those websites on January 5, 2023 by Mr. Griffith.

8.      As this Court is well aware, A2LA refused to produce any documentation regarding its reaccreditation of Forestwood and forced plaintiffs to file a motion to compel. That motion was ultimately granted just days before the December 12-13, 2022 preliminary injunction hearing and those documents were produced by A2LA on December 2, 2022. Despite the pendency of the preliminary injunction motion, the January 17, 2023 deadline for all parties to file proposed Findings of Fact and Conclusions of Law and the clear obligation to promptly tender responsive discovery documents on an ongoing basis, which would include the documents relevant to Forestwood's recent suspension as an A2LA accreditee, neither defendant provided any such documents following the close of the December 12-13 hearing. In light of the developments described above, I forwarded the email attached as Exhibit I to counsel for both defendants requiring the tender of those responsive documents no later than 11:00 AM Pacific on January 5, 2023.  That deadline passed with no documents received from either defendant.

9.      The record assembled by the plaintiff coalition in this case and its predecessor clearly demonstrates that the Brazilian plywood industry is engaged in a coordinated effort to evade compliance with the PS 1 Product Standard in the production of PS 1 plywood. In fact, the Brazilian plywood industry has a long history of operating as a cartel as demonstrated by the unabashed representations in a press release issued by ABIMCI, the trade association serving the Brazilian plywood industry in southern Brazil, noting that the entire industry was coordinating reductions of plywood production among member mills in a down market, a course of action that is clearly illegal under U.S. antitrust laws.  That press release was filed in the predecessor case and is attached here as Exhibit J.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

Dated:  January 5, 2023

                                                    *s/ Michael E. Haglund*
                                                    Michael E. Haglund

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 5, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to ECF registrants.

Peter R. Goldman
Florida Bar No. 860565
Nina C. Welch
Florida Bar No. 118900
Danna Khawam
Florida Bar No. 1025114
NELSON MULLINS
100 S.E. 3rd Avenue, Suite 2700
Fort Lauderdale, FL  33394
Peter.Goldman@nelsonmullins.com
Nina.Welch@nelsonmullins.com
Herold.Labissiere@nelsonmullins.com
Danna.Khawam@nelsonmullins.com

*Attorneys for American Association for Laboratory Accreditation, Inc.*

Michael Stanton
KOSAKOFF & CATALDO LLP
175 Pinelawn Road
Melville, NY  11747
(631) 650-1203
mstanton@kcllp.net

Eric J. Horbey
SCHOENECK & KING, PLLC
Florida Bar No. 95999
515 North Flagler Drive, Suite 400
West Palm Beach, FL  33401
Telephone:  (561) 899-0225
Fax:  (561) 899-0125
ehorbey@bsk.com

*Attorneys for Forestwood Industries, Inc.*

HAGLUND KELLEY LLP

*Attorneys for Plaintiffs*
2177 SW Broadway
Portland, OR 97201
(503) 225-0777 (T)
(503) 225-1257) F)

By *s./Michael E. Haglund*
**MICHAEL E. HAGLUND**, OSB No. 772030
mhaglund@hk-law.com, *admitted pro hac vice*
**ERIC J. BRICKENSTEIN**, OSB No. 142852
ebrickenstein@hk-law.com, *admitted pro hac vice*
**CHRISTOPHER T. GRIFFITH**, OSB No. 154664
cgriffith@hk-law.com, *admitted pro hac vice*

**NICKLAUS & ASSOCIATES, P.A.**

4651 Ponce de Leon Boulevard, Suite 200
Coral Gables, Florida 33146
Telephone:  (305)460-9888
Facsimile:   (305)460-9889

 By: *s/ Edward R. Nicklaus*
**EDWARD R. NICKLAUS, ESQ.**
Florida Bar No.:  138399
edwardn@nicklauslaw.com

*Attorneys for Plaintiffs*