IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:22-cv-60976-ALTMAN

U.S. STRUCTURAL PLYWOOD
INTEGRITY COALITION, an unincorporated
association, COASTAL PLYWOOD
COMPANY, a North Carolina corporation,
SCOTCH PLYWOOD CO., INC., an Alabama
corporation, VENEER PRODUCTS
ACQUISITIONS, LLC, a Delaware limited
liability company doing business as
SOUTHERN VENEER PRODUCTS,
SOUTHERN VENEER SPECIALTY
PRODUCTS, LLC, a Georgia limited liability
company, HUNT FOREST PRODUCTS, LLC,
a Louisiana limited liability company,
FRERES LUMBER CO., INC., an Oregon
corporation, MURPHY COMPANY, an
Oregon corporation, SDS LUMBER LLC, a
Washington limited liability company, and
SWANSON GROUP, INC., an Oregon
corporation,

    Plaintiffs,

v.

FORESTWOOD INDUSTRIES, INC., a New
York corporation, and AMERICAN
ASSOCIATION FOR LABORATORY
CERTIFICATION, INC., a District of
Columbia non-profit corporation,

    Defendants.
_____/

**DECLARATION OF GARY POSERINA, C.P.A. IN FURTHER SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

Gary Poserina, C.P.A., being duly sworn, deposes and says that:

1. I am the Product Certification Manager and Quality Control Manager of Forestwood Industries, Inc., a defendant in this action, and have served in that capacity at all times relevant to this action. I have been employed by Forestwood since 2004.

2. As Product Certification Manager and Quality Control Manager, my responsibilities included providing assistance in obtaining Forestwood's initial ISO/IEC 17065 (product certification) and ISO/IEC 17020 (inspection body) accreditations in 2009. My responsibilities have also included coordinating Forestwood's compliance with its ISO/IEC 17065 and 17020 accreditations.

3. A true and accurate copy of the ISO/IEC 17065 Standard is attached as Exhibit A.

4. My responsibilities also include monitoring industry data pertaining to PS 1 plywood, including importation data monitored by the U.S. Department of Agriculture, Foreign Agriculture Service. A true and accurate copy of the December 2022 import data pertaining to the importation of Brazilian plywood from January through October of 2022, is attached as Exhibit B.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

DATED this 12th day of January, 2023.

_____
Gary Poserina