# EXHIBIT B

December 08, 2022     Page: 1

United States Department of Agriculture

Foreign Agricultural Service

**Area/Partners of Origin And Consumption Commodities Imported**     **January - October**     **Quantities/CIF Values in Thousands of Dollars**

| | | | | 2022 | |
|---|---|---|---|---|---|
| U.S. Custom Districts | Partner | Product | UOM | CIF Value | Qty |
| NEW YORK, N.Y. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 97,523 | 220,264.0 |
| BALTIMORE, MD. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 48,459 | 99,561.0 |
| TAMPA, FLA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 47,154 | 89,829.0 |
| MIAMI, FLA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 45,202 | 101,095.0 |
| HOUSTON-GALVESTN,TEX | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 28,481 | 55,396.0 |
| CHARLESTON, S.C. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 22,335 | 51,133.0 |
| PORT ARTHUR, TEX. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 17,108 | 36,216.0 |
| SAN JUAN, P.R. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 15,883 | 32,890.0 |
| MOBILE, ALA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 12,418 | 25,183.0 |
| BOSTON, MASS. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 8,892 | 22,132.0 |
| SAVANNAH, GA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 7,130 | 13,553.0 |
| PHILADELPHIA, PA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 4,165 | 12,447.0 |
| SAN FRANCISCO,CALIF. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 2,979 | 6,491.0 |
| NEW ORLEANS, LA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 2,768 | 4,702.0 |
| LOS ANGELES, CALIF | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 2,457 | 5,740.0 |
| CHICAGO, ILL. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 1,979 | 2,790.0 |
| NORFOLK, VA. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 1,950 | 3,415.0 |
| CHARLOTTE, NC | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 1,570 | 3,428.0 |
| SEATTLE, WASH. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 1,126 | 1,632.0 |
| DETROIT, MICH. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 604 | 886.0 |
| ST.ALBANS, VT. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 279 | 246.0 |
| SAN DIEGO, CALIF. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 177 | 465.0 |
| OGDENSBURG, N.Y. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 10 | 11.0 |
| PORTLAND, OREG. | Brazil | 441239 - Plywood, Ply <=6mm, Coniferous | M3 | 5 | 3.0 |
| Grand Total | | | M3 | 370,654 | 789,508.0 |

| UOM | Conv. Factor | Name | Edit |
|---|---|---|---|
| M3 | | | Edit |
| | Convert | Clear / Reset | |

**Notes:**
1. Data Source: U.S. Census Bureau Trade Data, U.S. Customs District Data
2. Users should use cautious interpretation on QUANTITY reports using mixed units of measure. QUANTITY line items will only include statistics on the units of measure that are equal to, or are able to be converted to, the assigned unit of measure of the grouped commodities.
3. The CIF Value is not included within the 13th month data loads. This means that the CIF Value will be zero (0) for any records that are inserted during this process.
4. Product Group : BICO-HS6

Feedback