UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:22-cv-60976-LEIBOWITZ

U.S. STRUCTURAL PLYWOOD
INTEGRITY COALITION, *et al.*,

    *Plaintiffs*,

v.

AMERICAN ASSOCIATION FOR
LABORATORY ACCREDITATION, INC.,

    *Defendant.*
_____/

## ORDER

The parties having notified the Court that a settlement has been reached in this action, it is hereby **ORDERED AND ADJUDGED** the trial set for September 2, 2025, is **CANCELLED**. It is **FURTHER ORDERED AND ADJUDGED** that the parties shall file a joint notice of settlement no later than September 3, 2025.

**DONE AND ORDERED** in the Southern District of Florida on September 2, 2025.

_____
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc:  counsel of record